IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:17-CR-223-WKW |
| ) | [WO] |
| TIMOTHY LAMAR SPINKS ) | |

**ORDER**

Defendant has filed a *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. # 1119.)  Defendant was convicted of conspiracy to violate the Controlled Substance Act, violating the Controlled Substance Act, and possessing a firearm in furtherance of drug trafficking, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 924(c)(1)(A)(i), respectively, and was sentenced to 180 months' imprisonment.  (Doc. # 1004.)  Mr. Spinks's projected release date is May 14, 2030.  *See* https://www.bop.gov/ inmateloc/ (last visited Dec. 30, 2020).

Upon a thorough review of the record, the court concludes that Defendant's motion is due to be denied for substantially the same reasons set out in the Government's response and based upon a balancing of the 18 U.S.C. § 3553(a) factors.  (Doc. # 1122.)  Accordingly, it is ORDERED that Defendant's motion for compassionate release (Doc. # 1119) is DENIED.

It is further ORDERED that Defendant's motion for appointment of counsel (Doc. # 1119) is DENIED.

DONE this 7th day of January, 2021.

                                        /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE